IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLYMPIC SPORTS DATA SERVICES, LTD., | : | MISCELLANEOUS ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 07-117 |
| | : | |
| SANDY MASELLI, Jr., et al., | : | |
| Defendants | : | |

# O R D E R

**STENGEL, J.**

**AND NOW**, this 21st day of January, 2010, upon consideration of Intervenor SBG Global's motion for a protective order (Document #38) it is hereby **ORDERED** that the motion is **DENIED.**

Eduardo Agami and Luis Morera must appear in the Eastern District of Pennsylvania within forty-five days from the date of this order for a deposition in this matter.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.